**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 14-400-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| MCAFEE, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant McAfee, Inc. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims against Plaintiff without prejudice. Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

2

October 21, 2014

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O. Box 1347 |
| Sara E. Bussiere (#5725) | Wilmington, DE  19899 |
| 222 Delaware Avenue, Suite 900 | (302) 658-9200 |
| Wilmington, DE  19801 | jblumenfeld@mnat.com |
| (302)  655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant McAfee, Inc.* |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Selene Communication Technologies, LLC*

IT IS SO ORDERED this ____day of October, 2014.

_____
United States District Judge